UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **DENISE ELIZABETH ROY,** )<br>Plaintiff, )<br> )<br>v. )<br> )<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of Social Security,** )<br>Defendant. ) | No. 3:11-cv-151<br>(Phillips/Guyton) |

### ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed on May 31, 2012, by United States Magistrate Judge H. Bruce Guyton. [Doc. 13.] There have been no timely objections to the report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with Magistrate Judge Guyton's conclusion that substantial evidence supports the Administrative Law Judge's decision in this case, and that Plaintiff's Motion for Summary Judgment [Doc. 9] should be **DENIED** and Defendant Commissioner's Motion for Summary Judgment [Doc. 11] should be **GRANTED**. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 13] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

-1-

It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that Plaintiff's Motion for Summary Judgment [Doc. 9] is **DENIED**; Defendant Commissioner's Motion for Summary Judgment [Doc. 11] is **GRANTED**; Defendant Commissioner's decision to deny disability benefits to Plaintiff is **AFFIRMED**; and this case is **DISMISSED**.

**IT IS SO ORDERED**.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

s/ Thomas W. Phillips
United States District Judge